# ARKANSAS COURT OF APPEALS

DIVISION III
No. CR–13–338

| | |
|---|---|
| PATRICK S. BEDNARZ, JR.<br>APPELLANT | **Opinion Delivered** January 15, 2014 |
| V. | APPEAL FROM THE LONOKE COUNTY CIRCUIT COURT [NO. CR10-383] |
| STATE OF ARKANSAS<br>APPELLEE | HONORABLE SANDY HUCKABEE, JUDGE |
| | AFFIRMED; MOTION GRANTED |

## RITA W. GRUBER, Judge

Appellant Patrick S. Bednarz, Jr., pleaded guilty to second-degree sexual assault and was sentenced to 60 months of supervised probation on February 24, 2011. The State filed a petition to revoke appellant's probation and an amended petition to revoke, alleging that he violated the conditions thereof by failing to report to intake as directed; failing to pay fines; being arrested and charged with failure to register; using alcohol; and committing an offense punishable by imprisonment, terroristic threatening. After a hearing, the trial court found that appellant had violated the conditions of his probation and sentenced him to ten years' imprisonment.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Arkansas Supreme Court Rule 4–3(k), appellant's counsel has filed a motion to be relieved, stating that there is no merit to the appeal. The motion is accompanied by an abstract and addendum of the proceedings below, including all objections and motions decided adversely to appellant, and

a brief in which counsel explains why there is nothing in the record that would support an appeal. The revocation decision was the only adverse ruling at the hearing. The clerk of this court served appellant with a copy of his counsel's brief and notified him of his right to file a pro se statement of points for reversal within thirty days. Appellant has filed no such statement.

From our review of the record and the brief presented to us, we find compliance with Rule 4-3(k) and that the appeal is without merit. Accordingly, counsel's motion to withdraw is granted, and the revocation order is affirmed.

Affirmed; motion to withdraw granted.

HARRISON and WOOD, JJ., agree.

*Robert M. "Robby" Golden*, for appellant.

No response.